# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BIRGITTA KOEHLER, an individual; and KURTIS PACKER, an individual,

Plaintiffs,

vs.

FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATIONS 11 through 20, inclusive,

Defendants.

Case No.:  3:25-cv-00425-ART-CLB

**ORDER GRANTING**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiffs Birgitta Koehler and Kurtis Packer, by and through their counsel of record, Kristopher T. Zeppenfeld, Esq., of Vegas Valley Injury Law, and Defendant Farmers Property and Casualty Insurance Company, by and through its counsel of record, David J. Feldman, Esq., of The Feldman Firm, hereby stipulate that the above-entitled action shall be dismissed in its entirety, with prejudice, and each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Date: _2/11/2026_                         Date: _2/11/2026_

By: _/s/ David Feldman_                   By: _____
David J. Feldman, Esq.                    KRISTOPHER T. ZEPPENFELD
Nevada Bar No. 5947                       Nevada Bar No. 12144
THE FELDMAN FIRM                          VEGAS VALLEY INJURY LAW
8831 West Sahara Ave.                     710 South Seventh Street, Suite C
Las Vegas, Nevada 89117                   Las Vegas, Nevada 89101
Telephone: (702) 949-5096                 Tel: (702) 444-5555
*Attorneys for Defendant Farmers Property*   kz@vegasvalleylaw.com
*and Casualty Insurance Company*          *Attorney for Plaintiffs Birgitta Koehler and*
                                          *Kurtis Packer*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

Dated: <u>February 13, 2026</u>